Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Gregory M Strong

)
)
) Case No. _____
)      (to be filled in by the Clerk's Office)
)
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. ) Jury Trial: (check one) ☐ Yes ☐ No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
USPS )
)
)
)
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Gregory M Strong
   Street Address    2 Father Jacobbe Ky Apt 453
   City and County
   State and Zip Code   E. Boston Ma Suffolk
   Telephone Number    (Hum)(617)567 1088 (Cell)(857) 410-4224
   E-mail Address

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name  United Postal Services
Job or Title (if known)
Street Address
City and County  Boston Sufolk
State and Zip Code  Massachusetts 02128
Telephone Number
E-mail Address (if known)

Defendant No. 2

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Mail fraud and letting it be hidden from me / not following a hardship letter for my packages (its been going on to lo[ng])

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Gregory M Strong, is a citizen of the State of *(name)* Massachusetts

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* BPD-A7, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation  Yes

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* Massachusetts and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mail Fraud for over 3 years then they wont follow my hardship letter and I'm on a violator and one way streeted investigations

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want to settle but I have a jury award if it has to be

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/18/24

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Gregory M Strong

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Charges against USPS
(United States Postal Services)

1) Mail fraud
2) Allowing other Agencies or other persons to steal mail with tax stamp on it
3) One way street Investigations on lost mail and parcels.
4) not following a hardship letter for me to have my packages brought to my door (letter attached) Per Gotten 4 letters and in houses call and no help.

USPS charges on mail fraud

The USPS is responsible for letting my mail be held illegally by others (FBI and other persons) to steal my mail and some of it was legal mail and to mention a United States Federal Courthouse's letter was stolen out of my mail but has been happening for 6 or 7 years I've had the problem with mail

USPS Charges On Their One Way Investigations Charges

The USPS has the logo (we deliver for you). I had so many packages go missing in just the last 5 or 6 years were I had to do a police report for one package that cost me $52½ due to the USPS's one way streeted investigations They never call me I've made ove 10 complaints to were pete the consumer of affairs just below the post master reached out to talk to me but nothing has changed the stealing and not wanting to take a eleccotion up stairs to onwich for a Union man I gather.

USPS Not following hardship letters (charges)

My doctors have been trying to get the USPS FedEx and UPS to deliver to my door packages I can get my own and I and they have not even tried to bring my packages to my door I'm on a glucator I have balance issues and they have denied me over and over I went to do it there why and they keep saying you have to go to annex bldg and then your Dutor has to call. No it is in specific writing as a hardship letter it is supposed to be honored. My Nurses have tried to call and they keep telling the Nurses to do this, do that, and they ignore the doctors letters It will be attached


**Massachusetts General Hospital**
Founding Member, Mass General Brigham

MGH Everett Family Care
19 NORWOOD ST
EVERETT MA 02149
Dept Phone #: 617-394-7500
Dept Fax #: 617-394-7587

April 17, 2024

Gregory M. Strong
2 Father Jacobbe Rd Apt 453
East Boston MA 02128

Patient: **Gregory M. Strong**
MR Number: **3044429**
Date of Birth: **8/31/1972**
Date of Visit: **4/17/2024**

To Whom it May Concern:

Gregory Strong is not able to collect his own packages due to a chronic medical condition. Please deliver his packages to his door with direct signature.

If you have any questions or concerns, please call my office at 617-394-7500.

Sincerely,

Jasleen Kaur, MD